LAURA GLOVER, as Administratrix of the Estate of HARRIET G. GLOVER, Deceased, Appellant, *v.* NATIONAL BANK OF COMMERCE IN NEW YORK, Respondent.

*Glover* v. *Nat. Bank of Commerce in N. Y.*, 168 App. Div. 903, affirmed.

(Submitted November 3, 1916; decided November 21, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 16, 1915, affirming a judgment in favor of defendant entered upon an order of Special Term granting a motion by defendant for judgment in its favor upon the pleadings in an action to recover dividends on certain shares of stock owned by the intestate. Defendant, among other defenses and avoidances, set up a prior judgment as a bar to this action. Plaintiff was required to reply to the various defenses. Defendant thereupon moved for judgment on the pleadings, upon the ground that this action was barred by the judgment rendered in a previous action which motion was granted.

*George A. Honnecker* for appellant.

*John Quinn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and POUND, JJ. Not voting: WILLARD BARTLETT, Ch. J.